Robert F. Lawrence Jr.
940 Vine Street
Unit 311
Oceanside, CA 92054
Phone: 760-789-1565 Fax: 760-429-7097
Cell: 760-315-3505
robert.lawrence@ymail.com

To: Clerk US District Court Providence, RI 02903
Re: Payment reduction
Case: 1:04CR00011-01ML

Sir:

I respectfully request a reduction in my restitution payment. I am totally disabled, receive $2000 per month from SSDI and a small pension and filed for bankruptcy July 31, 2008. My rent is $805. The creditor meeting is 9/3/2008.

My probation will be finished in early March 2009. Due to the felony on my record I am not able to procure a modest part-time job (I was a Professor for over 20 years)

I am eligible to request Executive Clemency, and remission of the restitution, March of 2010. As I had never committed another crime and a pro bono attorney experienced in such matters indicates I have an excellent chance of success.

If the payment could be reduced by $40-50 I would be grateful

Yours,

Robert Lawrence